NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                                             Criminal Number  21 MJ 00441 GMH

CAREY WALDEN
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[X] CJA         [ ] RETAINED         [ ] FEDERAL PUBLIC DEFENDER

_/s/ Christopher M Davis_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Christopher M Davis    #385582
(Attorney & Bar ID Number)

Davis & Davis
(Firm Name)

1350 Connecticut Ave NW Ste 202
(Street Address)

Washington         DC         20036
(City)                (State)       (Zip)

(202) 234-7300
(Telephone Number)