UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-00548-DLF-1 |
| | : | |
| CAREY J. WALDEN, | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT
TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibit provided to the Court and counsel to be used by the government in the sentencing in this matter. The exhibit is a video obtained in the case *United States v. Anthime Joseph Gionet*, 1:21-mj-00014-GMH-1 also known as "Baked Alaska." While inside the Capitol Building, Gionet conducted an approximately 27-minute long livestream video on the "DLive" platform, noting that he was "documenting" the event. The video was later captured and posted to YouTube and Twitter, where law enforcement viewed it. The full video was provided to counsel on September 20, 2021. The exhibit was sent via USAfx to Court and Counsel on January 14, 2022. The exhibit is:

1. Government Exhibit A is a video approximately 26 minutes and 55 seconds in length. Walden can be seen in the video at approximately 3 minutes and 20 seconds into the video. The video records the activity of the defendant inside the Senate Wing Door. At approximately 4 minutes and 26 seconds into the video, Walden can be seen and heard chanting "traitors . . . traitors." At approximately 6 minutes and 51 seconds into the video, Walden can be seen leaving the Capitol Building through a window.

1

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ James D. Peterson*
JAMES D. PETERSON
VA Bar 35373
James D. Peterson
Trial Attorney
Criminal Division
United States Department of Justice
1331 F Street N.W.
6th Floor
SAUSA
U.S. Attorney's Office for the District of Columbia
Washington, D.C. 20530
(202) 353-0796
James.d.peterson@usdoj.gov

## CERTIFICATE OF SERVICE

On this 14th day of January, 2022, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/*James D. Peterson*
James D. Peterson
Trial Attorney